UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 23-1116

UNITED STATES OF AMERICA

v.

CEDRIC D. SPIVEY

Magistrate Case No. 09958155 (Class A)

COMPLAINT

Offense on a Federal Reservation

BEFORE the **Honorable Sharon A. King**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **7th day of August 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**CEDRIC D. SPIVEY** did commit:

Possession of Firearms & Dangerous Weapons In Federal Facility In violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOO M PURSUANT TO RULE 4.1, FEDERAL RULES OF CRI MINAL PROCEDURE ON OCTOBER 19, 2023.**

Sharon A. King

**HONORABLE SHARON A. KING**
**United States Magistrate Judge**

10/19/23 NK 11/28/23

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07 AUG, 2023 while exercising my duties as a law enforcement officer in the FEDERAL District of NEW JERSEY

BASED ON DETECTIVE KRUK'S OBSERVATION, SUBJECT WAS FOUND TO BE IN POSSESSION OF ONE BLACK IN COLOR GEN4 GLOCK 45 SERIAL NO. BAHR 370, FIREARM ON FEDERAL INSTALLATION PROPERTY.

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/07/2023 [signature] #68147
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 08/22/2023 9:47